**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RICHARD A. MARSHACK** | : | **MISCELLANEOUS ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO. 26-mc-56** |
| | : | |
| **SHIA DEMBITZER** | : | |

**ORDER**

**AND NOW**, this 29th day of July 2026, upon consideration of the Motion of the Petitioner Richard A. Marshack, Trustee of the LPG Liquidation Trust, to Transfer the Motion for Issuance of an Order to Show Cause Regarding Contempt Against Shia Dembitzer for Failure to Comply with the Subpoena and for an Order Holding Shia Dembitzer in Contempt, together with the lack of a response thereto, it is hereby **ORDERED** as follows:

1. Petitioner's Motion to Transfer (ECF No. 2) is **GRANTED**.
2. The Motion to Show Cause (ECF No. 1) shall be **TRANSFERRED** from this Court to the United States Bankruptcy Court for the Central District of California.
3. The Clerk shall mark this case **CLOSED**.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**